AO 442 (Rev. 11/11) Arrest Warrant                                                                                      11537996

# UNITED STATES DISTRICT COURT

U.S. MARSHAL-DC PM12:2
RECEIVED MAR 31 '23

for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:23-mj-00070 |
| | ) | Assigned to: Judge Meriweather, Robin M. |
| Corbin Oliver Gray, | ) | Assign Date: 3/31/2023 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Corbin Oliver Gray                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 844(e) (Threats in or affecting interstate commerce to kill, injure, or intimidate an individual or to damage or destroy property by means of fire)

18 U.S.C. § 875(c) (Threats in interstate communications).

Date:   03/31/2023

2023.03.31
11:47:07 -04'00'

*Issuing officer's signature*

City and state:   Washington, DC                         Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3·31·2023, and the person was arrested on *(date)* 4·03·2023
at *(city and state)* Washington DC

Date: 4·03·2023

*Arresting officer's signature*

Alex Adkins DUSM
*Printed name and title*