UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

          v.           :         23-CR-110 (CR)

CORBIN OLIVER GRAY     :

**SUPPLEMENT TO DEFENDANT'S OPPOSITION
TO GOVERNMENT'S MOTION FOR PRE-TRIAL DETENTION**

    Pending before this Honorable Court is the government's request to detain Corbin Oliver Gray pre-trial, pursuant to 18 U.S.C. § 3142(f)(2)(B). The Court held a hearing on the government's motion on April 10, 2023. Pursuant to the Court's request at that hearing, Ms. Gray, through undersigned counsel, respectfully submits the following supplemental information.

**I.    Third Party Custodians**

    At the April 10, 2023 detention hearing, Ms. Gray's parents both testified and offered to act as third party custodians. Her father had been screened by pretrial services and found to be a suitable custodian. Since the hearing, a Pretrial Services Officer has screened her mother, along with two others who are willing to act as third party custodians, her father's fiancée and the mother of her father's youngest son.[1]

    The Court inquired whether her parents could ensure that an adult would be home with Ms. Gray at all times and ensure that she is not left alone with her teenage siblings. After the

---

[1] Due to Ms. Gray's mother's 2013 arrest for driving under the influence, Pretrial Services defers to the Court as to her suitability as a third party custodian. Her mother notes that she was placed on probation before judgment for that offense, successfully completed the probation and learned from the experience.

hearing, her father spoke with his supervisors at his office and obtained permission to work from home full-time for the next two weeks. Thereafter, he can work from home three days a week. Her mother spoke to her employer after the hearing, and her schedule is not as flexible as she thought it would be. However, Ms. Gray's mother, along with the two others noted above are able to help ensure Ms. Gray is with another adult on evenings and weekends.

Ms. Gray's parents also are able to ensure that Ms. Gray is never left home alone with her younger siblings. If released to home confinement with GPS/location monitoring, Ms. Gray would be with another adult 24 hours a day for the next two weeks. Thereafter, she would be with another adult 24 hours a day, with the exception of her father's work hours two days a week. Her father could provide his work schedule to the Pretrial Services officer, to ensure that they are aware of the days when Ms. Gray would be home alone, monitored by the GPS monitoring.

The Court also inquired about internet access. Ms. Gray's parents could ensure she has no access to a cell phone or the internet. As extra assurance, her father could disable the internet at his home when he is not home.

## II.   Post arrest statements.

At the April 10th hearing, government counsel stated that in a post-arrest interview by government agents, Ms. Gray acknowledged having had violent thoughts. However, in that interview Ms. Gray stated: (1) she was against anything illegal; (2) she believed in due process and said any steps against those who practice Applied Behavior Analysis should be done through due process; (3) she had no plan to harm anyone; (4) she is not a violent person; (5) when asked if she had any "personas" that were violent, she said, "no" (and said she had no alternative "persona," only screennames online) (6) she had no guns and no access to guns; (7) she "used to

have" violent thoughts but when hospitalized, discussed them and never acted on them; (8) she apologized if she made Autistic people look bad; (9) said she regretted going to the offices of Autism Speaks and would not go back; and (10) she noted that after being told not to go back she did not.

### III. Mental Health

As noted at the hearing on April 10, 2023, Ms. Gray will comply with all conditions of release, including any conditions requiring mental health counseling and treatment. To that end, her father has reached out to her therapist and is working on scheduling the first available appointment after her release. Ms. Gray will attend appointments with her therapist and any other appointments or recommended treatment.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500

3