UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | 23-CR-110 (CR) |
| CORBIN OLIVER GRAY : | |

**STATUS REPORT**

Pursuant to the order issued by the Honorable Moxila A. Upadhyaya at the hearing on May 2, 2023, undersigned counsel respectfully submits that the primary third-party custodian, Lieutenant Commander Milton Gray, reports that Corbin Oliver Gray is in complete compliance with the conditions of her release.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C.  20004
(202) 208-7500