UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 23-cr-00110 |
| v. : | |
| : | Hon. Rudolph Contreras |
| CORBIN OLIVER GRAY, : | |
| : | Status Hearing: June 26, 2023 |
| Defendant. : | |

**UNOPPOSED MOTION TO MODIFY PRE-TRIAL RELEASE
CONDITIONS TO AMEND STAY AWAY ORDER**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves this Court to amend the stay away order issued in this case as part of the defendant's pre-trial release conditions.

1. On April 12, 2023, the Honorable Moxila A. Upadhyaya ordered the defendant released to home confinement with supervision by third party custodians. As part of the defendant's release conditions, the Court issued a stay away order from the Autism Speaks building located at 1990 K Street NW, Washington, DC 20006.

2. Representatives of Autism Speaks have relayed concerns to the United States that the current stay away order does not cover additional Autism Speaks locations and sponsored events. The United States therefore moves the Court to amend the stay away order language in this case to include "all Autism Speaks locations or events."

3. The United States contacted counsel for the defendant, Mary Petras, Esq., to obtain the defense's position on this request, and the defense informed the government that the requested amendment is unopposed.

**CONCLUSION**

1

WHEREFORE, the government respectfully requests that the Court amend the stay away order issued in this case to state that the defendant must stay away from all Autism Speaks locations and events.

Respectfully submitted,

Matthew M. Graves
United States Attorney

By: /s/ *Jack Korba*
JACK KORBA
D.C. Bar No. 1010303
Assistant United States Attorney
601 D Street NW, Fifth Floor
Washington, D.C. 20530
E-mail: john.korba@usdoj.gov
Telephone: (202) 252-7246

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via electronic mail on counsel for Defendant, Mary Petras, Esq., via electronic mail on May 28, 2023.

/s/ *Jack Korba*
JACK KORBA
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 23-cr-00110** |
| v. : | |
| : | Hon. Rudolph Contreras |
| **CORBIN OLIVER GRAY,** : | |
| : | Status Hearing: June 26, 2023 |
| Defendant. : | |

## ORDER

Upon consideration of the United States' Unopposed Motion to Modify Pre-Trial Release Conditions to Amend Stay Away Order, it is hereby **ORDERED** that:

The defendant must stay away from all Autism Speaks locations and events.

**SO ORDERED** this _____ day of _____, 2023.

_____
HONORABLE RUDOLPH CONTRERAS
United States District Judge